IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF:<br>JAMES ALBERT D'ANGELO, SR., and<br>CAROLYN MARIE D'ANGELO | CIVIL ACTION NO. 14-2084<br><br>Bankruptcy No. 11-14926 |

# O R D E R

**AND NOW**, this 31st day of March, 2015, upon consideration of Appellant's Brief (Document No. 4, filed April 26, 2014); Brief of Appellee J.P. Morgan Chase Bank, N.A. in Opposition to the Appeal of the Bankruptcy Court's February 21, 2014 Order Dismissing Appellants' Second Amended Complaint, with Prejudice, in Adversary Proceeding 12-00301 (MDC) (Document No. 5, filed May 9, 2014); Appellant's Reply Brief (Document No. 7, filed May 20, 2014); and Praecipe to Submit Appellant Debtors "Corrected" Reply Brief (Document No. 8, filed March 20, 2014), for the reasons stated in the accompanying Memorandum dated March 31, 2015, **IT IS ORDERED** that the Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania dated February 21, 2014, dismissing appellants' Second Amended Complaint with prejudice, is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.